## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**JAMERIA D. BARRON,**
**# 143649,**

>    *Plaintiff,*

**v.**                                                    **CASE NO.: 4:20cv358-MW/MAF**

**WALT MCNEIL,**

>    *Defendant,*

_____/

### ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 10. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED**:

The Report and Recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This action is **DISMISSED** for failure to comply with court orders pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 41.1 and for want of prosecution." The Clerk shall close the file.

**SO ORDERED on December 3, 2020.**

>    s/Mark E. Walker
>    **Chief United States District Judge**